# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                                        NO. 4:08CR00014-01 GTE

**JERROD ALEXANDER RANKIN**

## ORDER AND JUDGMENT

Pending before the Court is the Motion to Revoke Supervised Release filed February 24, 2010. The Defendant's whereabouts have been unknown since that time and he has been a fugitive. The Defendant was arrested in Russellville, Arkansas on January 25, 2011. A detention hearing was held before the Hon. Jerome T. Kearney, U. S. Magistrate Judge, on January 27, 2011, at which time preliminary and bond hearings were waived by Defendant. A hearing was held on February 1, 2011, on the Motion to Revoke at which the Defendant appeared, along with his attorney, Lisa Peters. Jane Duke appeared on behalf of the Government and Tiffani Dabney on behalf of the United States Probation Office. The Court reviewed the Violation Memorandum and the Defendant admitted the violations contained therein.

IT IS THEREFORE ORDERED, that the Motion to Revoke Supervised Release, be and it is hereby, GRANTED. The Court imposes a sentence of **SIX (6) MONTHS** in the Bureau of Prisons. No term of supervised release will be imposed. The Court further recommends that the Defendant participate in residential or non-residential substance abuse treatment and educational and vocational programs during incarceration. The Court further recommends that the Defendant be designated to the Yazoo City, Mississippi federal facility if at all possible.

A restitution balance of $900.00 is mandatory and is payable during incarceration at the rate of 50% per month of all funds that are available to him.

All other conditions imposed along with general and standard conditions previously imposed in Defendant's original sentence remain in full force and effect.

IT IS SO ORDERED, this 1st day of February, 2011.

                                              /s/ Garnett Thomas Eisele
                                              UNITED STATES DISTRICT JUDGE